Jason YETMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69726.

Missouri Court of Appeals,
Western District.

Aug. 11, 2009.

Ruth Sanders, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before Division One: ALOK AHUJA, Presiding Judge, JAMES M. SMART and LISA WHITE HARDWICK, Judges.

### ORDER

PER CURIAM.

Jason Yetman appeals from the denial of his Rule 24.035 motion, which sought to vacate the judgment entered on his guilty plea. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief. Rule 84.16(b).

Patrick M. MIDDAUGH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69902.

Missouri Court of Appeals,
Western District.

Aug. 11, 2009.

S. Kate Webber, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before Division One: ALOK AHUJA, Presiding Judge, JAMES M. SMART and LISA WHITE HARDWICK, Judges.

### ORDER

PER CURIAM.

Patrick Middaugh appeals from the denial of his Rule 29.15 motion for post-conviction relief. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the circuit court's judgment.

AFFIRMED. Rule 84.16(b).